**William CURTIS, Appellant,**

v.

**Jeffrey A. BEARD, Ph.D., Commissioner, Department of Corrections, et al., Appellees.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of February, 2007, the Order of the Commonwealth Court is hereby AFFIRMED.